**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**TONYA B. LAMBERT,**
     **Plaintiff,**

**v.**                                              **3:03cv302/RV/MD**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**
     **Defendant.**
_____

**ORDER**

     This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 4, 2006.  The plaintiff  has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

     Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

     Accordingly, it is now ORDERED as follows:

     1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      The petition for authorization of attorney fees (doc. 24) is GRANTED and the Commissioner is directed to disburse the sum of $11,294.50 to plaintiff's counsel, Byron Lassiter, Esq., as reasonable attorney fees under Title 42 U.S.C. §406(b).

3.      Counsel shall refund to the plaintiff the $1,437.50 previously awarded him by this court under the EAJA.

DONE AND ORDERED this 5th day of September, 2006.

/s/ *Roger Vinson*

**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**